Robert A. Nersesian
NERSESIAN & SANKIEWICZ
Nevada Bar No. 2762
528 South Eighth Street
Las Vegas, Nevada  89101
Telephone:  702-385-5454
Facsimile:  702-385-7667
Email:  vegaslegal@aol.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS VAN BEVEREN, an individual,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>FCA US LLC f/k/a CHRYSLER MOTORS LLC, a Delaware corporation; TOWBIN DODGE LLC, a Nevada limited-liability company,<br><br>　　　　Defendants | Case No.: 2:23-cv-00696-CDS-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Dennis Van Beveren and Defendants FCA US LLC and Automall Automotive LLC d/b/a Towbin Dodge Ram (incorrectly identified in Plaintiff's Complaint as "Towbin Dodge LLC"), by and through their undersigned counsel of record, hereby stipulate that the

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

within action be dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated this 21st day of February, 2024.

**NERSESIAN & SANKIEWICZ**

/s/ Robert A. Nersesian
Robert A. Nersesian
Nevada Bar No: 2762
528 South Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 385-5454
vegaslegal@aol.com
*Attorneys for Defendants*

Dated this 21st day of February, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Dan R. Waite
Dan R. Waite
Nevada Bar No. 4078
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
dwaite@lewisroca.com
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2024